IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARDELL VAN MATHIS,

    Plaintiff,                            No. CIV S-09-2558 GGH P

    vs.

RICHARD RUSSELL, et al.,

    Defendants.                ORDER

_____/

        On October 15, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket # 9). By order filed March 15, 2010, plaintiff was granted leave to file a second amended complaint within twenty-eight days. The twenty-eight day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 3, 2010

                                        /s/ Gregory G. Hollows

                                        U.S. MAGISTRATE JUDGE

GGH:035
math2558.fta

1